# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan
■ 6th _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Bonnie L. Ferreiro    JOINT DEBTOR: Alfonso J. Ferreiro    CASE NO.: 18-21514-MAM
SS#: xxx-xx- 2905                SS#: xxx-xx-9307

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $378.65 for months 1 to 5 ;
2. $389.65 for months 6 to 53 ;
3. $351.15 for months 54 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: $4150.00 | Total Paid: $1500.00 | Balance Due: $2650.00 |
|---|---|---|

Payable $50.00 /month (Months 1 to 53 )

Allowed fees under LR 2016-1(B)(2) are itemized below:
Attorney Fee: $3,500.00; Costs: $150.00; $500.00 MTV Personal Property

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Palm Beach County Tax Collector
   Address: PO Box 3353
   West Palm Beach, FL 33402-3353
   Arrearage/ Payoff on Petition Date  1943.64+ 18% interest: Total $2961.60
   Payoff (Including 18% monthly interest)  $49.36  /month (Months 1 to 60 )
   Last 4 Digits of Account No.: 0020

Other:       Real Property Taxes for 2017

☒ Real Property
　☒ Principal Residence
　☐ Other Real Property

Check one below for Real Property:
　☐ Escrow is included in the regular payments
　☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
149 Santa Monica Ave.
Royal Palm Beach, FL 33411

☐ Personal Property/Vehicle

Description of Collateral:

---

2. Creditor: Palm Beach County Tax Collector

　Address: PO Box 3353
　　West Palm Beach, FL
　　33402-3353

　Arrearage/ Payoff on Petition Date   2252.35 + 18% interest: Total $3431.40
　Payoff (Including 18% monthly interest)   $57.19   /month (Months  1  to  60 )

Last 4 Digits of Account No.:   0020

Other:       Real Property Taxes for 2016

☒ Real Property
　☒ Principal Residence
　☐ Other Real Property

Check one below for Real Property:
　☐ Escrow is included in the regular payments
　☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
149 Santa Monica Ave.
Royal Palm Beach, FL 33411

☐ Personal Property/Vehicle

Description of Collateral:

---

3. Creditor: Palm Beach County Tax Collector

　Address: PO Box 3353
　　West Palm Beach, FL
　　33402-3353

　Arrearage/ Payoff on Petition Date   $2626.09 + 18% interest: Total $4001.40
　Payoff (Including 18% monthly interest)   $66.69   /month (Months  1  to  60 )

Last 4 Digits of Account No.:   0020

Other:       Real Property Taxes for 2015

☒ Real Property
　☒ Principal Residence
　☐ Other Real Property

Check one below for Real Property:
　☐ Escrow is included in the regular payments
　☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
149 Santa Monica Ave.
Royal Palm Beach, FL 33411

☐ Personal Property/Vehicle

Description of Collateral:

---

4. Creditor: Palm Beach County Tax Collector

　Address: PO Box 3353
　　West Palm Beach, FL
　　33402-3353

　Arrearage/ Payoff on Petition Date   $2955.09 + 18% interest: Total $4502.40
　Payoff (Including 18% monthly interest)   $75.04   /month (Months  1  to  60 )

Last 4 Digits of

| Account No.: | 0020 |
|---|---|
| Other: | Real Estate Taxes for 2014 |

■ **Real Property**
   ■ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
149 Santa Monica Ave.
Royal Palm Beach, FL 33411

☐ Personal Property/Vehicle

Description of Collateral:

---

5. Creditor: Palm Beach County Tax Collector

Address: PO Box 3353
West Palm Beach, FL 33402-3353

Arrearage/ Payoff on Petition Date    $1809.59 + 18% interest: Total $2757.60
Payoff (Including 18% monthly interest)    $45.95    /month (Months  1  to  60 )

Last 4 Digits of Account No.: 0020
Other: Real Estate Taxes for 2018

■ **Real Property**
   ■ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
149 Santa Monica Ave.
Royal Palm Beach, FL 33411

☐ Personal Property/Vehicle

Description of Collateral:

---

B. **VALUATION OF COLLATERAL:**    ■ NONE

C. **LIEN AVOIDANCE**    ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | JP Morgan Chase<br>PO Box 80730<br>Rochester, MI 48308 | 5555 | 149 Santa Monica Ave.<br>Royal Palm Beach, FL 33411-1102<br><br>(NOTE: Although the property is being surrendered for purposes of the plan, Debtors reserve all rights to seek modification of the mortgage, or defend a foreclosure by any legally appropriate means.) |

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

Debtor(s): Bonnie L. Ferreiro, Alfonso J. Ferreiro    Case number: 18-21514-MAM

- A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE
- B. **INTERNAL REVENUE SERVICE:** ■ NONE
- C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE
- D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

- A. Pay $10.00 /month (Months 6 to 53 )

    Pay $25.00 /month (Months 54 to 60 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

- B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

- C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☐ NONE

■ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|---|
| 1. | Hyundai Lease Titling Trust<br>P.O. Box 20809<br>Fountain Valley, CA 92728 | 2018 Hyundai Tucson, VIN KM8J23A40JU810011 | 5149 | ■ Assume ☐ Reject |

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtors reserve all rights to seek modification of the JP Morgan Chase mortgage (..5555) on the real property located at 149 Santa Monica Ave., Royal Palm Beach, FL 33411-1102, or defend a foreclosure of said mortgage by any legally appropriate means.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Bonnie Ferreiro        Debtor    January 17, 2019        /s/ Alfonso Ferreiro        Joint Debtor    January 17, 2019
Bonnie L. Ferreiro                    Date                   Alfonso J. Ferreiro                            Date

_____    _____
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**